674 A.2d 1037

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Jonathan A. VAN LOAN, Respondent.**

No. 197 Disciplinary Docket No. 3.
Disciplinary Board No. 24 DB 96.

Supreme Court of Pennsylvania.

March 28, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of March, 1996, there having been filed with this Court by Jonathan A. Van Loan his verified Statement of Resignation dated February 29, 1996, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Jonathan A. Van Loan be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.